DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
HILLARY A. DARNELL, CASB No. 293611
hillary.darnell@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF DAVAMANDI, | Case No. 2:14-cv-03143-SJO-E |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| JPMORGAN CHASE BANK, N.A., a New York Corporation and DOES 1-25, | |
| Defendants. | |

On December 4, 2014, the above entitled court, Honorable James Otero, presiding, issued an order taking the hearing on JPMORGAN CHASE BANK, N.A.'s ("Defendant") Motion to Dismiss JEFF DAVAMANDI 's ("Plaintiff") Second Amended Complaint off calendar and taking the matter under submission.   On March 2, 2015, the Court issued an order granting Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint without leave to amend.

///

KYL_LB1812791

1   NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED

2   that:

3   1.   The Court determined that there exists no legal basis for Plaintiff's

4   causes of action for breach of contract, promissory estoppel, and interference with

5   contractual relations.

6   2.   Judgment is entered in favor of Defendant JPMORGAN CHASE

7   BANK N.A. and against Plaintiff JEFF DAVAMANDI on Plaintiff's causes of action

8   for breach of contract, promissory estoppel, and intentional interference with

9   contractual relations.

10   3.   Defendant waives costs and court fees.

11

12   IT IS SO ORDERED.

13

14

15

16

17   DATED:  April 2, 2015

18   _____

     HON. JAMES OTERO

     JUDGE, U.S. DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

KYL_LB1812791